UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BARBARA C.,

                              Plaintiff,

v.                                                  Case No. 25-cv-11522
                                                    Honorable Elizabeth A. Stafford

COMMISSIONER OF SOCIAL
SECURITY,

                              Defendant.

## JUDGMENT

In accordance with the Opinion and Order entered on April 29, 2026, it is hereby **ORDERED** and **ADJUDGED** that (1) Plaintiff's Motion for Summary Judgment is **DENIED**; (2) Defendant's Motion for Summary Judgment is **GRANTED**; and (3) the ALJ's decision is **AFFIRMED** under sentence four of 42 U.S.C. § 405(g).

        **IT IS SO ORDERED**.

KINIKIA ESSIX
CLERK OF THE COURT

By: s/Caitlin Shrum
DEPUTY COURT CLERK

APPROVED:

s/Elizabeth A. Stafford
ELIZABETH A. STAFFORD
United States Magistrate Judge